# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

WILLIAM PAUL ROAUER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0678

————————————————

March 27, 2026

Appeal from the Circuit Court for Hillsborough County; Samantha Lee Ward, Judge.

Blair Allen, Public Defender, and Kimberly Nolen Hopkins, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Sonia C. Lawson, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

BLACK, SLEET, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.